# EXHIBIT A



# Civil Demand Notice
## Prosecuted

Nombre Sujeto: *Cinthia Carolina Reyes Orellana*    Fecha de Incidente: *7/18/14*

Caso #: *71003040984920141*

*Lea esta nota en voz alta al sujeto, y pregunte a él/ella para inicialar y firma para significar le comprensión y el acuerdo.*

Usted ha sido retenido para un incidente de hurto en Macy's.

Este Estado tiene una ley que permite a detallistas para recuperar daños civiles de usted (o el padre o el guardián del menor), a consecuencia de este incidente. Este reclamo es totalmente separado de algún castigo o las penas criminales que surgen de este incidente. Según el código de Estado, Macy's le informa de ley de estado y continúa con este reclamo civil de pena de demanda contra usted (o el padre o el guardián del menor).

Basado en el incidente de hoy, la cantidad civil de pena de demanda es resumida abajo:    Iniciales

- Cantidad Civil de Pena: $ 299.80    CR

- Cantidad de daños a Mercancia: $ Ø    CR
  [Representa el valor de venta de cualquier mercancía recuperada, no vendible, y/o dañados]

- Cantidad total de daños civiles que la ley permite en este incidente: $ 299.80    CR
  [Pena + Daños]

- Macy's piensa procesar criminalmente este caso y usted será referido para la prosecución, sin tener en cuenta si reunimos el pago civil de la demanda en este momento.    CR

- Pagando la demanda civil no está en ninguna manera relacionada al castigo criminal.    CR

- Pagando la demanda civil hoy es opcional si tiene 18 años de edad o mayor. Si el pago de la demanda civil no es hecho hoy, una notificación será mandada a su dirección exigiendo el pago completo.    CR

- Hago voluntariamente un pago civil de demanda hoy en la cantidad de $ 100.00. Comprendo que estoy bajo ninguna obligación de hacer este pago de la demanda civil hoy y yo no he sido obligado en ninguna manera de hacer ningún pago hoy.    CR

- He recibido una copia de los estatutos del Estado de la demanda civil y un sobre de pago.    CR

Puede utilizar uno de las opciones siguientes para arreglar este reclamo civil dentro 5 días para evitar más acciones civiles.

- **Online/PayPal:** Entre a PayPal.com y utilizar el enlace "Send Money" para mandar el pago a CCRPay@macys.com

- **Teléfono:** Llame nuestro número gratuito en 1-866-632-9732 (Todas las tarjetas de crédito mayores & cheques son aceptados)

- **Correo:** Enviando el sobre civil de demanda que usted recibió. (Dirección : Macy's Loss Prevention, Attn: Civil Demand Processing Unit, 4880 Briarcliff Rd NE, Suite 100, Atlanta, GA 30345)

- **Tienda:** Regrese a cualquier tienda de Macy's. Traiga por favor su número de caso. El teléfono de la oficina # 212-494-2815

_____
LP Representante Firma & Fecha

_____
Imprima Nombre de LP Representante

_____  7-18-14
Almacene Segunda Firma Ejecutiva & La Fecha
(Requirió si representante de LP no es un Ejecutivo)

_____
Firma de Sujeto & Fecha
❑ Verifique aquí si Crie/Guardián legal

_____
Imprima Nombre de la firma de Sujeto

Effective Date 5/20/13

 **macy's**

# New York Civil Demand Notice
## Prosecuted

Subject Name: _Cinthia Carolina Reyes Orellana_    Date of Incident: _7/18/14_

Case #: _7/003 04 09892014_

*Read this notice aloud to the subject, and ask him/her to initial and sign to signify understanding and agreement.*

You have been detained for a shoplifting incident at Macy's.

The state of New York has a law permitting retailers to recover civil damages from you (or the parent or guardian of the minor), as a result of this incident. Section 11-105 of the General Obligation of the New York State Consolidated Laws provides that a person who commits larceny against the property of a mercantile establishment shall be civilly liable to the merchant for the retail price of damaged or unrecovered merchandise, up to $1500, plus a penalty of 5 times the retail price of the merchandise or $75, whichever is greater, but not to exceed $500. This claim is totally separate from any criminal punishment or penalties arising from this incident. Pursuant to New York code, Macy's is informing you of New York law and will be proceeding with this civil demand penalty claim against you (or the parent or guardian of the minor.)

Based on today's incident, the civil demand penalty amount is outlined below:

Initials

- Civil Penalty Amount: $ _299.80_       _CR_
  [Represents a penalty of 5 times the retail price of merchandise or $75, whichever is greater, but not to exceed $500]

- Damaged Merchandise Amount: $ _∅_ (maximum damages of $1,500)      _CR_
  [Represents the retail value of any unrecovered, non-saleable, and/or damaged merchandise]

- Total Amount of civil damages New York law allows in this incident: $ _299.80_     _CR_
  [Penalty + Damages]

- **Macy's intends to criminally prosecute this case and you will be referred for prosecution, regardless of whether or not we collect any civil demand payment at this time.**      _CR_

- Paying the civil demand fee is not in any way related to criminal punishment.     _CR_

- If you are 18 years of age or older, you may pay the civil demand fee today. If the civil demand fee is not paid in full at this time, a letter will be sent to your home address demanding the amount of the civil demand fee that we are seeking.      _CR_

- I am voluntarily making a civil demand payment today in the amount of $ _100.00_. I understand that I am under no obligation to make this civil demand payment today and I have not been coerced in any manner to make any payment today.     _CR_

- I have received a copy of the State civil demand statute and a payment envelope.     _CR_

You may use one of the following options to settle this civil claim within 5 days to avoid any further civil action.
- **Online/PayPal:** Go to PayPal.com and use "Send Money" to make payment to CCRPay@macys.com.
- **Phone:** Call our toll-free number at 1-866-632-9732 (All major credit cards & checks are accepted)
- **Mail:** By mailing the civil demand envelope you received. (Address: Macy's Loss Prevention, Attn: Civil Demand Processing Unit, 4880 Briarcliff Rd NE, Suite 100, Atlanta, GA 30345)
- **Store:** Return to any Macy's store. Please bring your case number. Office phone # _212-494-2815_

_[signature]_
LP Representative Signature & Date

_[signature]_ _Cinthia Reyes_
Subject Signature & Date

_Luiz Belz_
Print Name of LP Representative Name

☐ Check Here if Parent / Legal Guardian

X _Cinthia Reyes_
Print Name of Subject's Signature

_[signature]_ Walt    7-18-14
Store Executive Countersignature & Date
(Required if LP representative is not an executive)

Name of Interpreter

Effective Date 5/20/13