# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

Direct Number: (202) 879-7611
abmarshall@JonesDay.com

September 11, 2018

<u>Via ECF and Fax (212-805-7927)</u>

Honorable Naomi Reice Buchwald
United States Courthouse
500 Pearl St.
Courtroom 21A
New York, NY 10007

**RE:   Courtesy Copy of Macy's Motion to Dismiss Appeal
        Docket No.: 17-cv-05192-NRB,** *Orellana et al. v Macy's Retail Holdings Inc.*

Dear Judge Buchwald:

On behalf of Defendant Macy's Retail Holdings Inc. ("Macy's"), I write to inform the Court that Macy's has filed a motion to dismiss Plaintiffs' appeal. A courtesy copy of the motion, which was filed in the Second Circuit today, is enclosed with this letter.

.

Sincerely,

/s/ Alison B. Marshall

Alison B. Marshall
*Counsel for Defendant Macy's*

Enclosure

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON