```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
CINTHIA CAROLINA REYES ORELLANA and
SAMYA MOFTAH, individually and on
behalf of all similarly situated
retail customers,

                Plaintiffs,            **ORDER**

    - against -            17 Civ. 5192 (NRB)

MACY'S RETAIL HOLDINGS, INC. d/b/a
Macy's f/k/a MACY'S EAST a/k/a Macy's,
INC.; LAW OFFICES OF PALMER, REIFLER
and ASSOCIATES, P.A.,

                Defendants.
----------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      Relying on Federal Rule of Appellate Procedure 10(c), plaintiffs have submitted to this Court a Statement of Evidence for settlement and approval. The Statement purports to be a "transcript" of a conference held on July 31, 2018, several weeks after we issued our Memorandum and Opinion on July 10, 2018 ("M&O"), which is the decision on appeal. The July 31 conference was scheduled in the M&O (although the original date had to be adjusted) for the purpose of discussing next steps (and not re-argument) following plaintiffs' filing of an amended class action complaint consistent with the M&O, which, in 60 pages, had granted in part and denied in part plaintiffs' motion for leave to amend

1

their complaint and denied without prejudice plaintiffs' motion to enforce the state court's preliminary injunction.

This Court declines to approve the Statement of Evidence. The Statement is woefully incomplete and therefore inaccurate and inevitably misleading. The Statement is four doubled-spaced pages, while the Court's internal record is five and a quarter single-spaced pages. Of course, the Court's internal record is just that -- our work product. However, it goes without even saying that, if the Court of Appeals requests a copy of our notes, we would immediately make them available to the panel hearing the appeal.

**SO ORDERED.**

Dated: New York, New York
November 8, 2018

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

2