UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CINTHIA CAROLINA REYES ORELLANA, et al.,

                      Plaintiffs,                    No. 17-CV-5192 (NRB)

       -against-                    **ORDER**

MACY'S RETAIL HOLDINGS, INC. d/b/a MACY'S
f/k/a MACY'S EAST a/k/a MACY'S, INC.,

                      Defendant.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a settlement conference on October 24, 2019. As discussed at the conference, the parties shall promptly meet and confer on availability and then file a joint letter proposing the follow-up settlement session to be held on one of the following dates/times:

1. Tuesday, October 29, 2019 at 1:00 pm

2. Monday, November 4, 2019 at 10:30 am

3. Thursday, November 14, 2019 at 2:30 pm

**SO ORDERED.**

                                                     _s/ Ona T. Wang_

Dated: October 24, 2019                            **Ona T. Wang**
      New York, New York                United States Magistrate Judge