UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CINTHIA CAROLINA REYES ORELLANA and
SAMYA I. MOFTAH, individually and on
behalf of all similarly situated
individuals,

                Plaintiffs,

    - against -

MACY'S RETAIL HOLDINGS, INC. d/b/a
MACY'S f/k/a MACY'S EAST a/k/a MACY'S,
INC.; LAW OFFICES OF PALMER, REIFLER
and ASSOCIATES, P.A.,

                Defendants.
------------------------------------X

**ORDER**

17 Civ. 5192 (NRB)

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/19

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

Dated: New York, New York
November 4, 2019

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE