# USAR LAW GROUP, P.C.

Attorneys and Counselors at Law

OFFICE:
275 Madison Avenue, 14th Floor
New York, New York 10016

MAILING ADDRESS:
P.O. BOX 4232
Sunnyside, NY 11104

Telephone: (718) 392-4447
Facsimile: (718) 392-4448

Katherine Barenboim, Esq.
Faruk Usar, Esq.
www.usarlaw.com
info@usarlaw.com

Via ECF & Facsimile

January 3, 2020

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, Courtroom 21A
New York, NY 10007

**Re:    Application for an extension**
**Case No.: 17-cv-05192-NRB-OTW, *Orellana et al. v. Macy's Retail Holdings Inc.***

Judge Buchwald:

I write on behalf of Plaintiffs in the above referenced matter. The deadline for restoring this case to the Court's calendar expires today, January 3, 2020. *See* Order, ECF 81.

Plaintiffs, joined by Defendant, request that the 60-day deadline be extended until January 15, 2020. This is the parties' first request for an extension in connection with this Order.

Sincerely,

Faruk Usar
Co-counsel for Plaintiffs

*[Handwritten annotation: FINAL EXTENSION ABSENT A STRONG SHOWING OF GOOD CAUSE. So Ordered. Naomi Reice Buchwald, USDJ 1/6/20]*

Cc:    Alison B. Marshall Esq., via ECF & fax
Meir Feder, Esq. via ECF & fax
Michael McDonagh, Esq. via ECF & fax
Steven Wasserman, Esq. via ECF