UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CINTHIA CAROLINA REYES ORELLANA, SAMYA I MOFTAH, ANTHONY PERULLO, DEAN MELGAR, MARIA LEMA, ANN RATNER, DEYANIRA RAMIREZ, MOHAMMAD HOQUE, SHAMSUN NAHAR, MARGARITA ACTEOPAN, ATCHADE ASSONGBA, individually and on behalf of all other similarly situated retail customers;

Plaintiffs,

– against –

MACY'S RETAIL HOLDINGS, INC. d/b/a MACY'S f/k/a MACY'S EAST a/k/a MACY'S, INC.,

Defendant.

1:17-cv-05192-NRB-OTW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, that the above-captioned action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party.

Dated: January 21, 2020

/s/Faruk Usar

Faruk Usar, Esq.
USAR LAW GROUP, P.C.
275 Madison Ave. 14th Floor
New York, NY 10016
Phone: (718) 392 4447
E-mail: fusar@usarlaw.com

Steven B. Wasserman, Esq.
LEGAL AID SOCIETY
199 Water Street
New York, NY 10038
Phone: (212)-577-3387
Email: swasserman@legal-aid.org

Attorneys for Plaintiffs

Dated: January 30, 2020

Alison B. Marshall, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 879-3939
Email: abmarshall@jonesday.com

Meir Feder, Esq.
JONES DAY
250 Vesey Street 34th Floor
New York, NY 10281
Tel: (212) 326-3939
Email: mfeder@jonesday.com

*[Signature]*
Michael E. McDonagh, Esq.
Robert Nicholas Dunn, Esq.
LESTER SCHWAB KATZ & DWYER, LLP
100 Wall Street
New York, NY 10005
Tel (212) 964-6611
mmcdonagh@lskdnylaw.com
rdunn@lskdnylaw.com

Attorneys for Defendant